UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Case No. |
| v. ) | 12-cr-65-JMH |
| ) | |
| NICHOLAS COREY GARNER, ) | **MEMORANDUM OPINION AND ORDER** |
| ) | |
| Defendant. ) | |

\*\*\*

This matter is before the Court upon Defendant Nicholas Corey Garner's Motion for Determination of Mental Condition under 18 U.S.C. § 4244 [DE 381] as well as the Court's own motion. Both motions are made pursuant to § 4244 as Defendant was adjudged guilty at the hearing on his Motion for Rearraignment on December 4, 2014 [DE 333]. He has failed, however, to timely seek a motion for hearing on his present mental condition in light of the ten day limitation for the filing of such a motion from the finding of guilt imposed by § 4244(a). Nonetheless, this Court may order such a hearing on its own motion at any time prior to the sentencing under the same subsection and, for the reasons stated in this Memorandum Opinion and Order, concludes that it is appropriate to do so.

1

The Court concludes that there is "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility." 18 U.S.C. § 4244(a). In this regard, the Court has considered the Federal Bureau of Prison's Forensic Report [DE 223] filed in this matter with respect to this defendant in the period prior to his guilty plea; counsel's description of Defendant's reasons for the untimely request, namely his concerns about his mental condition in light of trauma sustained in an automobile accident; and the undersigned's own familiarity with the file in this matter and interactions with Defendant in the courtrooom.

Accordingly, **IT IS ORDERED:**

(1) that Defendant's Motion for Determination of Mental Condition under 18 U.S.C. § 4244 [DE 381] is **DENIED** as untimely;

(2) that, upon the Court's own Motion and pursuant to 18 U.S.C. § 4244, the Defendant is committed to the custody of the Attorney General for a period not to exceed 45 days so that a psychiatric or psychological examination of the defendant may be conducted;

(3) that a psychiatric or psychological report shall be prepared and filed with the Court pursuant to the provisions of 42 U.S.C. § 4247 (b) and (c) to assist the Court in determining if Defendant is presently suffering from a mental disease or

defect and should, in lieu of a sentence to imprisonment, be committed to a suitable facility for care or treatment;

(4) that, if the report includes an opinion by the examiner or examiners that Defendant is presently suffering from a mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility, the report shall also include an opinion by the examiner concerning the sentencing alternatives that could best accord the defendant the kind of treatment he does need.

This the 19th day of February, 2014.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge