UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Case No. |
| v. ) | 12-cr-65-JMH |
| ) | |
| NICHOLAS COREY GARNER, ) | **MEMORANDUM OPINION AND ORDER** |
| ) | |
| Defendant. ) | |

\*\*\*

This matter is again before the Court upon Nicholas Corey Garner's request for appointment of counsel on appeal. On March 9, 2015, the Court received a Motion, dated February 24, 2015, in chambers [DE 680]. On March 10, 2015, the Clerk of Court also received a Motion for appointment of counsel on appeal from Garner [DE 679], also dated February 24, 2015. Upon review, these requests for relief are nearly identical to that already received by the Court [DE 662], also dated February 24, 2015,[1] and ruled upon by the Court on March 3, 2015 [DE 669]. The Court has denied his motion and sees no reason to reconsider his request again identical motions of the same date.

---

[1] In its Order of March 3, 2015, the court mistakenly identified that request for relief as dated February 27, 2015.

1

Accordingly, **IT IS ORDERED**:

(1) that Defendant's Motions [DE 679 and 680] to appoint new counsel, dated February 24, 2015, and received on March 9 and 10, 2015, are **DENIED AS MOOT**, in light of the Court's March 3, 2015, Order [DE 669];

(2) that the Clerk shall forward a copy of the Court's March 3, 2015 Order [DE 669], to Defendant Garner along with a copy of this Order.

This the 10th day of March, 2015.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge